**Opinion issued January 23, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00195-CV

————————————

**AMANDA BRAUER AND ANDREW THACKER, Appellants**

**V.**

**SAMUEL W. PARKER AND ELIZABETH T. COLLIGAN-PARKER,**
**Appellees**

---

**On Appeal from the County Court at Law**
**Waller County, Texas**
**Trial Court Case No. 17-11-24620**

---

## MEMORANDUM OPINION

Appellants, Amanda Brauer and Andrew Thacker, have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 42.3(b)

(allowing involuntary dismissal of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.